UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| GARY SWANSON, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> NC DEPARTMENT OF ) <br> TRANSPORTATION AND EARL'S ) <br> WRECKER SERVICE, INC., ) <br> ) <br> Defendants. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 7:20-CV-45-M** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the M&R of the Magistrate Judge [DE-2] is ADOPTED IN ITS ENTIRETY and this action is DISMISSED.

This Judgment filed and entered on June 5, 2020, and copies to:
Gary Swanson, 310 N Front St., Ste. 408, Wilmington, NC 28401-3909 (via U.S. Mail)

| | |
|---|---|
| June 5, 2020 | Peter A. Moore, Jr. <br> Clerk of Court <br><br> By: _____ <br> Deputy Clerk |